MERAB B. WELCH, Respondent, *v.* JEROME ROWE, Appellant.

(Argued April 13, 1876; decided May 23, 1876.)

*Jerome Rowe* for the appellant.

*Marcus Lyon* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.